UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Moseka Bumba

_____ Plaintiff(s)

vs.

Universal Health Services
367 S. Gulph Rd King
of prussia, PA 19406

_____ Defendant(s)

Case No: 09-2314

FILED
DEC 21 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I.   PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

   A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

   (X) YES

   ( ) NO

   B. If your answer is YES, describe the EEOC proceeding:

      1. Parties to the previous EEOC proceeding:
         Petitioner (s) MOSEKA BUMBA

Page 2

Respondent (s) **Universal Health Services (Pavilion)**

2. Location of EEOC office that handled your charge **Chicago IL.**

3. Docket or case number of your charge: **846-2009-04393**

4. Disposition (what was the final result of your charge): **I terminated the cases to filed a law sue Individually Sue to over loaded cases at the EEOC**

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

    (X) YES

    ( ) NO

6. Date of filing charge before EEOC: **Feb. 02, 2009**

7. Date of disposition by EEOC: **9/21/09**

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

    ( ) YES

    (X) NO

2

Page 3

    B. If your answer is YES, describe each legal proceeding:

       1. Parties to the previous legal proceeding:
   Plaintiff(s) or petitioner(s) _____
   _____
   _____

   Defendant(s) or respondent(s) _____
   _____
   _____

       2. Name of court or agency: _____
   _____
   _____

       3. Docket or case number: _____

       4. Name of the judge or hearing officer: _____
   _____

       5. Disposition (for example: Was the case dismissed?
   Who won? Was there an appeal? Is the appeal pending
   or final? _____
   _____
   _____
   _____
   _____

       6. Date of beginning previous proceeding:_____

       7. Date of disposition of proceeding:_____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        (X) NO

III.    PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1. Your full name _Moseka Bumba_

        2. Your address _2128 Harbortown Circle Champaign IL. 61821_

        3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): _____

(Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (X) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): _Universal Health Services_

4

Page 5

    2. Business address: _367 S. Gulph RD,_
_King of prussia, PA 19406_

    3. Job position (if individual) _Mental Health tech_

    4. Status as an entity (if defendant is a business firm):

        ( ) Corporation

        ( ) Partnership

        ( ) Sole Proprietorship

        ( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

    5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.    Have you attached a separate sheet naming other defendants?

    ( ) YES

    (X) NO

5



Page 6

IV.   STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

    A. Were you:
- ( ) Not hired?
- (X) Discharged?
- ( ) Suspended?
- ( ) Demoted?
- ( ) Denied Promotion?
- ( ) Denied Wage Increases?
- ( ) Other (please specify) _____

    B.   State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

On July 17th I was called at home by scheduler & advised that I was not to come to work that day. I then asked for that day to be used as "time paid off". I was told ok & hung up. Then minutes later called by human resources & asked me to come in to talk to me, without stating why I was asked to come in that day. When I arrived the meeting consisted of Mary Parker DoRN, Jim Hamilton - case manager (not mine) & Lori Scoggins from human resources

6

I was then told that I was called in for my behavior, and did I know of any incidents that I agreed my behavior had been bad. I recalled none. After that Jim Hamilton then went on with accusations of my cursing in presence of other staff but did not recall to whom or when. I said that he should have taken me aside & reprimanded then or write me up, so I didn't understand why brought up now with no evidence of that situation that I had no recollection of. Then Kary Parker accused me then of being involved in a personal matter of writing a letter for one female staff member & that I gave it to male staff in the hopes of letting male staff know that the female staff had a crush or attraction to him. I knew nothing of this incident & advised them that. Later found that male staff had reported female staff of harassment & female staff used my name in incident. I was then pushed by Kary Parker to confess &

In stock being addressed on this issue as well as previous issues, with no evidence of any of the incidents felt that they were adamant of my fault that incident. Then Jim Hamilton started pointing at me & telling me that I was so rude & not wanted on the first or second floor & staff doesn't want to work with me or not needing me to work there anymore. I felt judged by others that didn't work with me. My manager was not present, no complaints in my care of patients, & all other accusations false. They did not offer a solution or consequence in this meeting because I would not admit to behavior. I then left went and file unemployment benefit. I was denied for 3 month. When I appeal my case I found out from the judge that Mary Parker had lie to the application. I won the unemployment case for that reason. Later I found out Mary Parker and the rest were fired. No black peoples for no reason. I have a list to prove it.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V.  RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

( ) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in your old position.

( ) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(X) Other _Award me Medical bills and other Expensive I had to lose due to work Discharge._

VI.  JURY DEMAND

(X) YES          ( ) NO

Signed this _21_ day of _December_, 20_09_

_____
(Signature of Plaintiff or Plaintiffs)

ADDRESS: _2128 Harbortown Circle Champaign IL. 61821_

PHONE NO.: _217 979-3347_

7